**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7361**

---

JAMES L. MERINAR,

Plaintiff - Appellant,

versus

PARKERSBURG POLICE FORCE; PARKERSBURG WELFARE
OFFICIALS; STATE FARM INSURANCE COMPANY,

Defendants - Appellees.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Parkersburg. Charles H. Haden II, Chief District Judge. (CA-95-536-6)

---

Submitted: January 11, 1996      Decided: January 24, 1996

---

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

James L. Merinar, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying re-lief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Merinar v. Parkersburg Police</u>, No. CA-95-536-6 (S.D.W. Va. Aug. 21, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>